**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **YAZMIN GONZALEZ,** §  | | |
| Plaintiff, § | | |
| § | | |
| v. § | | |
| § | | EP-23-CV-00435-DB |
| **SCC CONSULTING LLC,** § | | |
| Defendant. § | | |

**FINAL JUDGMENT**

On January 30, 2025, the Court entered an order dismissing all claims in the above-captioned case. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, it is **HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the District Clerk shall **CLOSE** this case.

**SIGNED** this **30th** day of **January 2025**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE